UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JOHN SIDNEY,

    -against-

THE CITY OF NEW YORK, CORRECTION OFFICER
"JOHN" WHITFIELD, CORRECTION OFFICER "JOHN"
BRUCE, CORRECTION OFFICER "JOHN" McKINNEY,
CORRECTION OFFICER "JOHN" PRICOLI, CAPTAIN
"JOHN" YOUNG, CAPTAIN "JOHN" MATOS, DEPUTY
"JOHN" WESTERN and WARDEN "JOHN" WALSH,

    Defendants.
----------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No.:
04-Civ-4670(SAS)(GWG)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above referenced matter is discontinued with prejudice against the defendants.

Dated: White Plains, New York
       January 5, 2005

_____
TRACIE A. SUNDACK & ASSOCIATES, L.L.C
By: Tracie A. Sundack (TS-7778)
Attorneys for Plaintiff
JOHN SIDNEY
7 South Broadway, Suite 304
White Plains, N.Y. 10601

_____
MICHAEL A. CARDOZO
By: Hillary A. Frommer (HF-9286)
Attorneys for Defendant
THE CITY OF NEW YORK, et al.
100 Church Street
New York, New York 10007